UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Sparlin et al**<br>PLAINTIFF(S)<br><br>v.<br><br>**Select Portfolio Servicing Incorporated**<br>DEFENDANT(S) | CASE NO. **4:11-CV-315**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document #1 filed by *Cory Alan Talbot*:

⊠ Document not in compliance with Local Rule 3.7.
⊠ Failure to file State Court record.

**ACTION REQUIRED BY THE FILER**

⊠ The deficiency must be corrected within one (1) business day of this notice.
⊠ File necessary documents according to Local Rules of Practice LRCiv 3.7.