Cory A. Talbot
Arizona Bar No. 20702
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT  84101-2001
Telephone:   (801) 799-5800
Facsimile:    (801) 799-5700

-and-

3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Telephone:   (702) 669-4600
Facsimile:    (702) 669-4650
Email:  catalbot@hollandhart.com

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin<br><br>Plaintiff,<br><br>v.<br><br>Select Portfolio Servicing, Inc.,<br><br>Defendant. | **CASE NO.:  4:11-cv-00315-JJM**<br><br>**RESPONSE TO NOTICE OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

On May 31, 2011, Defendant Select Portfolio Servicing, Inc. ("SPS") received a document entitled "Notice to Filer of Deficiencies in Electronically Filed Documents" in the above captioned matter.  The deficiency is identified as a "Failure to file State Court Record" pursuant to Local Rule 3.7.

Please note, as set forth in the Notice of Removal, SPS was not served with the State Court Record, nor does SPS possess a copy of the State Court Record.  As such,

/ / /

/ / /

/ / /

/ / /

1

1 SPS has requested copies of the State Court Record from the clerk of the State Court and will supplement the filing as soon as the State Court Record is received.

DATED this 1st day of June, 2011.

HOLLAND & HART LLP

*/s/ Cory A. Talbot*
Cory A. Talbot
Arizona Bar No. 20702
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169

*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 1st day of June, 2011, I served a true and correct copy of the foregoing **RESPONSE TO NOTICE FO DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below :

Michael B. Sparlin
Sharon J. Sparlin
9151 E. Showcase Lane
Tucson, AZ  85749
ssparlin@dakotacom.net

*Plaintiff/Pro Se*

                                    */s/ Lorrine K. Rillera*
                                    An Employee of HOLLAND & HART LLP

5126459_1.DOCX

**HOLLAND & HART LLP**
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169